Jeffrey I. Hasson, OSB#872419                                                              Hon. Anna Brown
hasson@dhlaw.biz
Davenport & Hasson, LLP
12707 NE Halsey St.
Portland, OR 97230
Phone: (503) 255-5352
Facsimile: (503) 255-6124
Attorney for Defendant CAC Services, Inc. dba Commercial Adjustment Co.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WILLARD REESE,<br><br>                Plaintiff,<br><br>vs.<br><br>CAC SERVICES, INC. DBA<br>COMMERCIAL ADJUSTMENT CO.,<br><br>                Defendant. | Case No. 3:10-CV-00766-BR<br><br>JUDGMENT |

      This matter coming on for trial on August 29, 2011 and August 30, 2011 before the honorable Anna Brown, District Court Judge. Plaintiff appearing personally, and by and through his Attorney, Joshua Trigsted; Defendant appearing by and through its authorized representative, Kent Birdeno, and through its attorney, Jeffrey I. Hasson.

      Trial was had before a jury, and the jury considered the evidence submitted by the parties and finding unanimously that Plaintiff did not prove by a preponderance of the evidence that his May 28, 2007 letter notified Defendant that Plaintiff disputed the debt, or any portion thereof that Defendant was attempting to collect such that Plaintiff did not prove a violation of the Fair Debt Collection Practices Act, 15 USC § 1692 *et seq.* by Defendant.

PAGE 1. JUDGMENT

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint against Defendant is dismissed with Prejudice.

Dated September 7, 2011

_____
Hon. Anna Brown
District Court Judge

Presented by:

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, OSB#872419
Attorney for Defendant

Approved as to form by:

s/ Joshua Trigsted
Joshua Trigsted
Attorney for Plaintiff

PAGE 2. JUDGMENT